UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 17-CV-60589-WPD

DAVID ALAN, individually and on behalf
of all others similarly situated,

        Plaintiffs,

  v.

GRAND CELEBRATION CRUISES,
LLC; PARADISE CRUISE LINE
OPERATOR, LTD. INC.,

        Defendants.

**ORDER OF DISMISSAL**

THIS CAUSE is before the Court on the Notice of Voluntary Dismissal Without Prejudice [DE 23] (the "Notice"), filed herein on June 9, 2017. The Court has carefully considered the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Notice [DE 23] is hereby **APPROVED**;

2.     This action is **DISMISSED** without prejudice;

3.     The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of June, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
All counsel of record